IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD B. LEGAIR,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5268

_____/

Opinion filed May 12, 2017.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Ronald B. LeGair, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., LEWIS and WINSOR, JJ., CONCUR.